**Order entered October 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01036-CV

**HEJIN HONG, Appellant**

**V.**

**NATIONS RENOVATIONS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00212-D**

## ORDER

We **GRANT** the October 13, 2015 motion of Coral Hough, Official Court Reporter for the County Court at Law No. 4, for an extension of time to file the reporter's record. The reporter's record shall be filed by **OCTOBER 30, 2015**.

/s/     ELIZABETH LANG-MIERS
JUSTICE